## MENZIES v. HARLEM LOAN ASS'N.

(Supreme Court, Appellate Term. February 23, 1900.)

APPEAL AND ERROR—COSTS—OBJECTIONS.

Objections to the costs allowed by the trial court cannot be raised for the first time on appeal.

Appeal from municipal court, borough of the Bronx, First district.

Action by Anne F. Menzies against the Harlem Loan Association. Judgment for plaintiff. Defendant appeals. Modified and affirmed.

Argued before BEEKMAN, P. J., and GIEGERICH and O'GOR-MAN, JJ.

David C. Myers, for appellant.

Willoughby B. Dobbs, for respondent.

O'GORMAN, J. The record discloses no objection on the part of the appellant to the costs as allowed, and it is too late to raise that question for the first time on appeal. There being no competent evidence, however, in the case to support the finding of damages for the wrongful detention of the chattel, the judgment will be reduced from $83.22 to $31.22, and as modified affirmed, without costs. All concur.